# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JetBlue Airways Corporation and JetBlue Airways Group Health Insurance Plan, The Kraft Heinz Company, Kraft Heinz Group Benefits Plan, Kraft Heinz Retiree Group Benefits Plan, McLane Foodservice Distribution, Inc., Employee Benefits Plan of MBM Corporation, North Central States Regional Council of Carpenters' Health Fund, and US Foods, Inc.**<br><br>    Plaintiffs<br><br>v.<br><br>**Anthem, Inc., f/k/a WellPoint, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California, Blue Cross of Southern California, Blue Cross of Northern California (Blue Cross of California, Blue Cross of Southern California and Blue Cross of Northern California are referred to herein, together, as "Anthem-CA"), and Blue Cross Blue Shield of Georgia ("Anthem-GA"), and also does business through its subsidiaries or divisions, including, Anthem Health Plans, Inc. d/b/a Anthem Blue Cross Blue Shield of Connecticut ("Anthem-CT"), Rocky Mountain Hospital & Medical Service, Inc. d/b/a Anthem Blue Cross Blue Shield of Colorado** | **JURY TRIAL DEMANDED**<br><br><br><br>**Case No. 2:22-cv-00558-GMB** |

("Anthem-CO") and Anthem Blue Cross Blue Shield of Nevada ("Anthem-NV"), Anthem Insurance Companies, Inc. d/b/a Anthem Blue Cross Blue Shield of Indiana ("Anthem-IN"), Anthem Health Plans of Kentucky, Inc. d/b/a Anthem Blue Cross Blue Shield of Kentucky ("Anthem-KY"), Anthem Health Plans of Maine, Inc. d/b/a Anthem Blue Cross Blue Shield of Maine ("Anthem-ME"), Anthem Blue Cross Blue Shield of Missouri, RightCHOICE Managed Care, Inc., Healthy Alliance Life Insurance Company and HMO Missouri Inc. (together, "Anthem-MO"), Anthem Health Plans of New Hampshire, Inc. d/b/a Anthem Blue Cross Blue Shield of New Hampshire ("Anthem-NH"), Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield ("Anthem-Empire"), Community Insurance Company d/b/a Anthem Blue Cross Blue Shield of Ohio ("Anthem-OH"), Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield of Virginia, ("Anthem-VA"), Anthem Blue Cross Blue Shield of Wisconsin, and Compcare Health Services Insurance Corporation (together, "Anthem-WI"); (2) Aware Integrated, Inc. and BCBSM, Inc., d/b/a Blue Cross and Blue Shield of Minnesota (together "Aware"); (3) Blue Cross and Blue Shield of Alabama ("BCBS-AL"); (4) Blue Cross and Blue Shield of Arizona, Inc. ("BCBS-AZ"); (5) Blue Cross of Idaho Health Service, Inc. d/b/a Blue Cross of Idaho ("Idaho Health"); (6)

Blue Cross and Blue Shield of Kansas, Inc., also d/b/a BlueCross Blue Shield of Kansas ("BCBS-KS");  (7) Blue Cross and Blue Shield of Kansas City ("BCBS-KC"); (8) Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBS-MA"); (9) Blue Cross Blue Shield of Michigan Mutual Insurance Company ("BCBS-MI"); (10) Blue Cross Blue Shield of Mississippi, a Mutual Insurance Company ("BCBS-MS"); (11) Blue Cross and Blue Shield of North Carolina  ("BCBS-NC"); (12) Blue Cross and Blue Shield of Rhode Island ("BCBS-RI"); (13) Blue Cross and Blue Shield of South Carolina ("BCBS-SC"); (14) Blue Cross Blue Shield of Tennessee, Inc. ("BCBS-TN"); (15) Blue Cross and Blue Shield of Vermont ("BCBS-VT"); (16) Blue Cross and Blue Shield of Wyoming ("BCBS-WY"); (17) California Physicians' Service, d/b/a Blue Shield of California ("California Physicians' Service"); (18) Cambia Health Solutions, Inc., and its affiliates and/or assumed names Regence BlueShield of Idaho  ("Cambia-ID"), Regence Blue Cross Blue Shield of Oregon ("Cambia-OR"), Regence Blue Cross Blue Shield of Utah ("Cambia-UT"), and Regence Blue Shield (of Washington) ("Cambia-WA"); (19) Capital Blue Cross ("Capital"); (20) CareFirst, Inc. and its subsidiaries or affiliates Group Hospitalization and Medical Services, Inc., CareFirst of Maryland, Inc., and CareFirst BlueChoice, Inc., which collectively d/b/a CareFirst BlueCross BlueShield

(CareFirst, Inc., CareFirst of Maryland, Inc. and CareFirst BlueChoice, Inc. are referred to herein, together, as "CareFirst-MD", and CareFirst, Inc., Group Hospitalization and Medical Services, Inc. and CareFirst BlueChoice, Inc. are referred to herein, together, as "CareFirst-DC"); (21) GoodLife Partners, Inc. and Blue Cross and Blue Shield of Nebraska (together "GoodLife"); (22) GuideWell Mutual Holding Corporation and Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue (together "GuideWell"); (23) Hawaii Medical Service Association d/b/a Blue Cross and Blue Shield of Hawaii ("Hawaii Medical"); (24) Health Care Service Corporation, a Mutual Legal Reserve Company d/b/a Blue Cross and Blue Shield of Illinois ("HCSC-IL"), Blue Cross and Blue Shield of Montana, ("HCSC-MT"), including its predecessor Caring for Montanans, Inc., Blue Cross and Blue Shield of New Mexico ("HCSC-NM"), Blue Cross and Blue Shield of Oklahoma ("HCSC-OK"), and Blue Cross and Blue Shield of Texas ("HCSC-TX"); (25) HealthyDakota Mutual Holdings and Noridian Mutual Insurance Company d/b/a Blue Cross Blue Shield of North Dakota (together "Noridian"); (26) Highmark, Inc. and Highmark Health both d/b/a Highmark Blue Shield and Highmark Blue Cross Blue Shield and including Highmark Inc. predecessor Hospital Service Association of Northeastern Pennsylvania f/d/b/a Blue Cross of

Northeastern Pennsylvania (together, "Highmark Northeastern PA"); Highmark Blue Cross Blue Shield Delaware Inc. d/b/a Highmark Blue Cross Blue Shield Delaware ("Highmark-DE"), Highmark West Virginia Inc. d/b/a Highmark Blue Cross Blue Shield West Virginia ("Highmark-WV"); Highmark Inc. affiliates HealthNow New York Inc. and HealthNow Systems, Inc. together d/b/a Highmark Blue Cross Blue Shield of Western New York and f/d/b/a BlueCross BlueShield of Western New York ("Highmark Western NY") and Highmark Blue Shield of Northeastern New York f/d/b/a BlueShield of Northeastern New York ("Highmark Northeastern NY"); (27) Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey ("BCBS-NJ"); (28) Independence Health Group, Inc. and Independence Hospital Indemnity Plan, Inc., and its subsidiary or division Independence Blue Cross (together "Independence"); (29) Lifetime Healthcare, Inc. and Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield (together "Excellus"); (30) Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana ("Louisiana Health"); (31) PREMERA and Premera Blue Cross ("Premera-WA"), which also does business as Premera Blue Cross Blue Shield of Alaska ("Premera-AK"); (32) Triple-S Management Corporation and Triple S-Salud, Inc. (together "Triple-

| |
|---|
| S"); (33) USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield and as Blue Advantage Administrators of Arkansas ("USAble"); (34) Wellmark, Inc., including its subsidiaries and/or divisions, Wellmark Blue Cross and Blue Shield of Iowa ("Wellmark-IA") and Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota ("Wellmark-SD") (collectively, "Wellmark"); and (35) the Blue Cross and Blue Shield Association ("BCBSA"), |
| **Defendants** |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COME NOW all Plaintiffs in this Action and, pursuant to Fed. R. Civ. P. 15(a)(2), file this unopposed motion for leave to file the Amended Complaint attached hereto as Exhibit A. As grounds for this motion, Plaintiffs state as follows:

1. Plaintiffs filed the operative Complaint (Doc. 1) on May 2, 2022.

2. No responsive pleading has yet been filed by any Defendant.

3. Subject to the stipulation attached hereto as Exhibit B, the Defendants do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and allow them to file the Amended Complaint attached hereto as Exhibit A.

This the 6th day of July, 2022.

                              Respectfully submitted,

                              By: */s/ Benjamin T. Presley*
                              Jay M. Ezelle
                              H. Thomas Wells, III
                              Benjamin T. Presley
                              STARNES DAVIS FLORIE LLP
                              100 Brookwood Place, 7th Floor
                              Birmingham, AL 35209
                              Tel:  (205) 868-6000
                              Email:  jezelle@starneslaw.com
                                        twells@starneslaw.com
                                        bpresley@starneslaw.com

                              *Counsel for the Plaintiffs*

                              By: */s/ Paul E. Slater*
                              Paul E. Slater
                              Joseph M. Vanek
                              David P. Germaine
                              Eamon P. Kelly
                              SPERLING & SLATER, P.C.
                              55 West Monroe Street, Suite 3200
                              Chicago, Illinois  60603
                              Tel:   (312) 641-3200
                              Email: pes@sperling-law.com
                                        jvanek@sperling-law.com
                                        dgermaine@sperling-law.com
                                        ekelly@sperling-law.com

                              *Counsel for JetBlue Airways Corporation and JetBlue Airways Group Health Insurance Plan, The Kraft Heinz Company, Kraft Heinz Group Benefits Plan, Kraft Heinz Retiree Group Benefits Plan, and North Central States Regional Council of Carpenters' Health Fund*

By: /s/ Phillip F. Cramer
Phillip F. Cramer
J. Scott Hickman
Eric G. Osborne
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
Fax: (615) 742-4539
Email: pcramer@srvhlaw.com
shickman@srvhlaw.com
eosborne@srvhlaw.com

*Counsel for The Kraft Heinz Company, Kraft Heinz Group Benefits Plan, Kraft Heinz Retiree Group Benefits Plan, and North Central States Regional Council of Carpenters' Health Fund*

By: /s/ Jason A. Zweig
Jason A. Zweig
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel: (312) 216-8667
Email: jaz@kellerpostman.com

*Counsel for JetBlue Airways Corporation and JetBlue Airways Group Health Insurance Plan, McLane Foodservice Distribution, Inc., and Employee Benefits Plan of MBM Corporation*

/s/ William J. Blechman
William J. Blechman (pro hac forthcoming)

Joshua B. Gray (pro hac forthcoming)
Elizabeth B. Honkonen (pro hac forthcoming)
K<small>ENNY</small> N<small>ACHWALTER</small>, P.A.
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile:   (305) 372-1861
wjb@knpa.com
jgray@knpa.com
ebh@knpa.com

*Counsel for US Foods, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                             */s/ Benjamin T. Presley*
                                             Benjamin T. Presley