FILED

2022 Sep-16  PM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| JetBlue Airways Corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Anthem, Inc., f/k/a WellPoint, Inc. d/b/a Anthem Blue Cross Life and Health Insurance Company, *et al.*,<br><br>Defendants. | No. **2:22-cv-00558-GMB** |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Blue Cross Blue Shield Association ("BCBSA"), by and through its undersigned counsel, hereby respectfully moves the Court for an Order extending the time for Defendants in the above-captioned action to answer or otherwise respond to Plaintiffs' Amended Complaint until October 10, 2022.

Plaintiffs have stated that they do not oppose such an extension, but after a week of discussions, the parties have been unable to reach agreement on a form of stipulation.  The undersigned therefore respectfully moves this Court as follows:

1. On July 7, 2022, Plaintiffs filed an Amended Complaint in this Court against Defendants asserting violations of the Sherman Act, 15 U.S.C. § 1,

including by reference to allegations in *In re Blue Cross Blue Shield Antitrust Litigation MDL 2406*, Case No. 2:13-cv-20000-RDP (N.D. Ala.) (the "MDL" and the "MDL Court").  (Dkt. 16.)

2.      Based on waivers of service, the current deadline to answer or otherwise respond to the Amended Complaint is September 20, 2022.

3.      Counsel for Plaintiffs also represents the plaintiffs in *Alaska Air Group, Inc., et al. v. Anthem, Inc., et al.*, No. 2:21-cv-01209-AMM (N.D. Ala.), in which plaintiffs make identical allegations, and in which the deadline for Defendants to answer or otherwise respond currently is set based on the MDL Court resolving the Motion for Final Approval of Class Settlement in the MDL.

4.      On August 9, 2022, the MDL Court entered its Final Order and Judgment Granting Approval of Subscriber Class Action Settlement and Appointing Settlement Administrator (the "Final Approval Order").

5.      On September 7, 2022, the MDL Court issued an order pursuant to Federal Rule of Civil Procedure 60(a) amending certain language in the Final Approval Order.

6.      In light of the timing of the Final Approval Order, in another action involving opt-outs from the MDL, the MDL Court entered an Order extending the deadline for Defendants to respond to the complaint to October 10, 2022.  *Metropolitan Transportation Authority v. Blue Cross and Blue Shield of*

*Alabama* ("*MTA*"), No. 2:22-cv-00265-RDP (N.D. Ala.), Dkt. 65.  The *MTA*

complaint alleges substantially similar facts as the Plaintiffs in this case, also based

on the underlying MDL class action.

   7. A modest 20-day extension of the time for Defendants to

answer or otherwise respond to Plaintiffs' Amended Complaint to October 10,

2022 is appropriate and would align the schedule in this case with that set by the

MDL Court in *MTA*.  Defendants will use that time to prepare responses, including

in light of the Final Approval Order, and because of the overlap in the allegations

in the *MTA* complaint, it is most efficient for the responses to these complaints to

be filed at the same time.

   8. On September 9, 2022, counsel for BCBSA requested

Plaintiffs' consent to extend the deadline for Defendants to answer or otherwise

respond to Plaintiffs' Amended Complaint until October 10, 2022.  Plaintiffs have

stated that they do not oppose this extension, but the parties have been unable to

agree on a form of a joint, stipulated submission.

   Therefore, for the reasons set forth above and for good cause

appearing, and reserving all procedural and substantive rights and defenses,

including defenses with respect to lack of personal jurisdiction and improper venue

and the right to request revisions to any deadlines in light of proceedings in the

MDL, the undersigned respectfully requests that the Court enter the proposed

Order setting the deadline by which Defendants must answer or otherwise respond to Plaintiffs' Amended Complaint as October 10, 2022.

Dated:  September 16, 2022                          Respectfully submitted,

_/s/ Mark M. Hogewood_____
Kimberly R. West (Liaison Counsel)
Mark M. Hogewood
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL  35209
Tel: (205) 870-0555
Fax: (205) 871-7534
kwest@wallacejordan.com
mhogewood@wallacejordan.com

*Counsel for Defendant Blue Cross Blue Shield Association*

Evan R. Chesler
Christine A. Varney
Karin A. DeMasi
Lauren R. Kennedy
Helam Gebremariam
David H. Korn
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
cvarney@cravath.com
kdemasi@cravath.com
lkennedy@cravath.com
hgebremariam@cravath.com
dkorn@cravath.com

*Coordinating Counsel for Defendant Blue Cross and Blue Shield Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Mark M. Hogewood*
Mark M. Hogewood