**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

JetBlue Airways Corporation, et al.,

    Plaintiffs,

Vs.　　　　　　　　　　　　　　　　　　　　　Case No. 2:22-cv-00558-RDP

Anthem, Inc., et al.,

    Defendants.

**NOTICE OF APPEARANCE**

    COMES NOW, Edgar C. Gentle, III, and hereby enters his Notice of Appearance in the above-styled cause as Special Master.

    This the 7th day of December, 2022.

    /s/ Edgar C. Gentle, III
    Edgar C. Gentle, III (GEN001)
    Email: egentle@gtandslaw.com

**Of the Firm:**

Gentle Turner & Benson
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000
(205) 716-3010 (facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of <u>December</u>, 2022, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of Court via CM/ECF, which will send notification of such filing to all Counsel of Record.

                                    <u>/s/ Edgar C. Gentle, III</u>
                                    Edgar C. Gentle, III, Special Master