IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Alaska Air Group, Inc.,** *et al.*, <br>  Plaintiffs, <br> v. <br> **Anthem, Inc.,** *et al.*, <br>  Defendants. | **No. 2:21-cv-01209-RDP** |
| **JetBlue Airways Corporation,** *et al.*, <br>  Plaintiffs, <br> v. <br> **Anthem, Inc.,** *et al.*, <br>  Defendants. | **No. 2:22-cv-00558-RDP** |
| **Bed Bath & Beyond Inc.,** *et al.*, <br>  Plaintiffs, <br> v. <br> **Anthem, Inc.,** *et al.*, <br>  Defendants. | **No. 2:22-cv-01256-RDP** |

**ORDER**

The status conference previously set for **9:30 a.m. on Friday, July 12, 2024**, is hereby **RE-SET** at **9:30 a.m. on Friday, July 19, 2024**, in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama. The court, via the Special Master, will provide telephone access instructions for those not able to attend in person or monitoring.

**On or before Tuesday, July 16 2024**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this July 2, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE