IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Alaska Air Group, Inc.,** *et al.*, <br>       Plaintiffs, <br> v. <br> **Anthem, Inc.,** *et al.*, <br>       Defendants. | No. 2:21-cv-01209-RDP |
| **JetBlue Airways Corporation,** *et al.*, <br>       Plaintiffs, <br> v. <br> **Anthem, Inc.,** *et al.*, <br>       Defendants. | No. 2:22-cv-00558-RDP |
| **Bed Bath & Beyond Inc.,** *et al.*, <br>       Plaintiffs, <br> v. <br> **Anthem, Inc.,** *et al.*, <br>       Defendants. | No. 2:22-cv-01256-RDP |

**THIRD AMENDED SCHEDULING ORDER:
COMPLETING FACT DISCOVERY AND BRIEFING THE STANDARD OF REVIEW**

This matter is before the court on a submission from the parties, transmitted to the court via the Special Master, regarding (i) completing fact discovery and (ii) briefing the Standard of Review. In light of that submission, it is **ORDERED** as follows:

The court's Second Amended Scheduling Order is **MODIFIED**[1] as follows:

---

[1] Any deadlines from the Second Amended Scheduling Order (Case No. 2:21-cv-01209-RDP, Doc. # 504; Case No. 2:22-cv-00558-RDP, Doc. # 433; Case No. 2:22-cv-01256-RDP, Doc. # 413) not addressed herein **SHALL** remain in effect.

1.      **On or before May 2, 2025**, the Parties **SHALL** provide dates[2] for all outstanding requested/noticed depositions to date, including all Rule 30(b)(6) depositions. The scheduling of such depositions **SHALL** be complete **by May 16, 2025**. Any disputes about deposition scheduling that arise from this process **SHALL** be promptly raised with the Special Master.

2.      **On or before August 28, 2025**, the Parties **SHALL** complete Standard of Review ("SoR") discovery, and **SHALL ENDEAVOR** to complete all Rule 30(b)(6) depositions by this date as well (recognizing that, with respect to 30(b)(6) topics unrelated to SoR, exceptions may be made in good faith). The Parties **SHALL** make SoR-related witnesses (including SoR-related 30(b)(6) witnesses) available within this window; provided, however this does *not* preclude a Party from asking questions that may touch upon SoR topics at depositions that occur after August 28, 2025.

3.      **On or before September 26, 2025**, all party fact discovery **SHALL** be completed. The parties **SHALL** also notice non-party depositions with the goal of having them completed by September 26, 2025. The court recognizes that non-parties are not bound to this Order in the same way as Parties, therefore at least some third-party deposition discovery may need to take place after September 26, 2025 depending on, among other things, the status of third-party productions and the third party's availability for deposition.

4.      **Dispositive Motions on the Standard of Review:**

- Opening SoR briefs **SHALL** be filed **on or before September 30, 2025;**
- Response SoR briefs **SHALL** be filed **on or before November 11, 2025**; and
- Reply SoR briefs **SHALL** be filed **on or before: November 25, 2025**.

---

[2] The parties have agreed to provide dates in a good faith effort to not "jam up" opposing counsel or unnecessarily push out deposition dates.

5.      **Regular Status Conferences**. The parties have requested status conferences in July, September, and December. The dates and times for status conferences will be set by separate order.

**DONE** and **ORDERED** this April 24, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE