FILED
2026 Aug-07 AM 08:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| Alaska Air Group, Inc., *et al.*,<br>Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>Defendants. | No. 2:21-cv-01209-AMM |
| JetBlue Airways Corporation, *et al.*,<br>Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>Defendants. | No. 2:22-cv-00558-AMM |
| Bed Bath & Beyond Inc., now known as 20230930-DK-Butterfly-1, Inc., *et al.*,<br>Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>Defendants. | No. 2:22-cv-01256-AMM |

**DECLARATION OF PHILLIP F. CRAMER REGARDING AGENDA ITEM FOR STATUS CONFERENCE IN ASO OPT OUT CASES**

I, Phillip F. Cramer, counsel in the *Alaska Air* and *JetBlue* actions captioned above, make this declaration based on personal knowledge, and if called to testify, could testify competently to the matters set forth herein.

1. Attached as **Exhibit 1** is a true and correct copy of an email I sent on Thursday, January 8, 2026, to Lauren Kennedy at Cravath, copying her law partners David Korn and

Hannah Dwyer, regarding the schedule for expert discovery. That email explained, in pertinent part:

> Thanks Lauren. I'm fine if you want until July 17 [for Defendants' experts' reports]. However, you raise a good issue about expert deps, which we [Plaintiffs] will want to take of your experts before our rebuttal reports. So I think that suggests more, rather than, less time between your deadline and the deadline for expert rebuttal reports….
>
> I am also thinking that to facilitate scheduling [of expert depositions], we can do what I've done in another case and that is work on setting aside dates even before reports are served. Happy to work with you on that.

2. Attached as **Exhibit 2** is a true and correct copy of an email I received in response to Exhibit 1, also dated Thursday, January 8, 2026, from David Korn at Cravath, copying his colleagues Lauren Kennedy, Hannah Dwyer, and Mario Solano. That email agreed to Plaintiffs' proposed compromised expert discovery dates, explaining: "Those dates should be okay. Attached is a revision to the draft motion you sent earlier (in track) to simplify some language at the front and to incorporate the dates discussed below."

3. Attached as **Exhibit 3** is a true and correct copy of an email I send to David Korn on Thursday, June 11, 2026. That email stated:

> Hope all is well. In advance of your expert reports on July 17, we would like y'all to check with your experts (and your own schedules) regarding your collectively availability the weeks of August 24 and August 31 for depositions. We are not asking you to disclose your experts now but rather to check with your experts now about their availability and then provide us their availability during those two weeks on July 17 with your expert reports. I know that expert depositions are among the most challenging to schedule and thus we wanted to start that process now so that folks' calendars don't fill up between now and July 17. If they are already filled up, then we would ask that you please let us know at least a couple dates afterwards in which they and y'all are available when you serve expert reports. Thanks.

4. Attached as **Exhibit 4** is a true and correct copy of an email I received in response to Exhibit 3 from David Korn on Monday, June 15, 2026. That email stated: "Phil, good to

hear from you. We are not available those weeks, but we will provide dates in September once the reports are served."

5. Defendants served their expert reports on Friday, July 17, 2026 at 11:51 PM CT. Attached as **Exhibit 5** is a true and correct copy of an email I received from David Korn on Tuesday, July 21, 2026. It provides:

> Phil, I hope you have been well. After our service of reports on Friday, I wanted to circle back about expert depositions. Defendants' experts will be available for their depositions once all reports, including expert rebuttals, are served. We can discuss specific dates when we are closer to the December 14 close of expert discovery.

6. This led to the present dispute among the parties, who exchanged their positions and engaged in a meet and confer on July 28, 2026, in advance of addressing their impasse with the Court Appointed Neutral on Friday, July 31, 2026. At the suggestion of the Court Appointed Neutral, this issue has been placed on the agenda for the August 11, 2016 status conference.

7. Attached as **Exhibits 6** and **7** are copies of case decisions discussed with the Court Appointed Neutral on Friday, July 31.

8. Attached as **Exhibit 8** is the parties' Rule 26(f) Report, also discussed with the Court Appointed Neutral. Since the parties' Rule 26(f) Report, they have used the same language to describe Plaintiffs' second round of expert reports as "Plaintiff Expert Rebuttal/Reply Reports" as reflected in **Exhibit 9** (Amended Scheduling Order entered June 4, 2024), **Exhibit 10** (Second Amended Scheduling Order entered December 27, 2024), **Exhibit 11** (Fourth Amended Scheduling Order entered July 21, 2025), and **Exhibit 12** (Order Granting the Parties' Joint Motion to Modify Schedule entered January 13, 2026).

Dated: August 7, 2026

______________________________
Phillip F. Cramer