FILED
2026 Aug-07 AM 08:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

Outlook

## RE: Schedule Updates

**From** David Korn <dkorn@cravath.com>
**Date** Thu 1/8/2026 4:07 PM
**To** Phillip Cramer <pcramer@sperlingkenny.com>; Lauren Kennedy <lkennedy@cravath.com>
**Cc** Eric Osborne <EOsborne@srvhlaw.com>; Sam Cochran <scochran@starneslaw.com>; John Briody <jbriody@mckoolsmith.com>; Hannah Dwyer <hdwyer@cravath.com>; Mario Solano <msolano@cravath.com>

2 attachments (94 KB)

2026.01.08 - Motion to Modify Schedule and Address Defendants' Clawback of Filed Exhibit (CSM).docx; 2026.01.08 Proposed Order Granting The Joint Motion to Modify Schedule (CSM).docx;

Thanks very much Phil – pinch-hitting here in the interest of time. Those dates should be ok. Attached is a revision to the draft motion you sent earlier (in track) to simplify some language at the front and to incorporate the dates discussed below. Also attached is a proposed order to accompany the motion, with the same dates. We're still doing a final check and will need to add the signature blocks to the motion, but let us know if you're ok with what is here so we can move toward filing.

Also, to your question, here is my current list of the remaining ASO nonparty depositions, with the status as we understand it this afternoon (I'm on the road so I haven't triple-checked all of these but I think this is everything). As you'll see, if we can work together to get a few over the line, we are nearly there. Let's discuss those when y'all are free.

- Aon (ASO) (1/13)
- Lockton (ASO) (1/15)
- Cigna (ASO) (1/15)
- United (ASO) (1/15) (but United now is seeking to change the date and we may need to mutually agree on another prior to 2/6)
- WTW (ASO) (1/16)
- Mercer (30(b)(6) ASO) (1/21) (Mercer has not provided dates for the 1-hour follow-ups and we will need to work together to get dates on calendar ahead of 2/6)
- Humana (ASO/Prime) (1/22) (had been 1/9, but 1/22 is the new date proposed today)
- Kaiser (continuing to press nonparty for date)

David H. Korn
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1478

---

**From:** Phillip Cramer <pcramer@sperlingkenny.com>
**Sent:** Thursday, January 8, 2026 3:55 PM
**To:** Lauren Kennedy <lkennedy@cravath.com>
**Cc:** David Korn <dkorn@cravath.com>; Hannah Dwyer <hdwyer@cravath.com>; Eric Osborne

<EOsborne@srvhlaw.com>; Sam Cochran <scochran@starneslaw.com>; John Briody <jbriody@mckoolsmith.com>
**Subject:** RE: Schedule Updates

Thanks Lauren. I'm fine if you want until July 17. However, you raise a good issue about expert deps, which we will want to take of your experts before our rebuttal reports. So I think that suggests more, rather than, less time between your deadline and the deadline for expert rebuttal reports.

In the spirit of compromise, however, we will take the same amount of time that is currently between the current deadlines (100 days) and apply it to the new deadlines, which if your deadline is July 17 would make our deadline October 26. Happy to then go with your December 14 deadline for remaining expert discovery. I am also thinking that to facilitate scheduling, we can do what I've done in another case and that is work on setting aside dates even before reports are served. Happy to work with you on that.

Best,
Phil

---

**From:** Lauren Kennedy <lkennedy@cravath.com>
**Sent:** Thursday, January 8, 2026 1:06 PM
**To:** Phillip Cramer <pcramer@sperlingkenny.com>
**Cc:** David Korn <dkorn@cravath.com>; Hannah Dwyer <hdwyer@cravath.com>; Eric Osborne <EOsborne@srvhlaw.com>; Sam Cochran <scochran@starneslaw.com>; John Briody <jbriody@mckoolsmith.com>
**Subject:** Re: Schedule Updates

Phil — I think this is generally fine on the schedule, but I am worried about cutting short expert depositions — particularly since depositions seem to take all of us longer than we hope. I think we can solve this issue with a few tweaks to what you sent, shown below.

| Event | Current ASO Deadline | Defendants Proposed New Deadline | Plaintiffs' Proposed New Deadline |
|---|---|---|---|
| Defendant Expert Reports | June 9, 2026 | July 10, 2026 | July 14, 2026<br>**Instead: July 17, 2026** |
| Plaintiff Expert Rebuttals | September 17, 2026 | October 16, 2026 | October 22, 2026<br>**Instead: October 19, 2026** |
| Expert Discovery End | November 10, 2026 | December 11, 2026 | December 10, 2026<br>**Instead: December 14, 2026** |

So as not to hide the ball: the first change is to correspond the extension for our expert reports to the extra week you gave Plaintiffs; the second is to restore the previous amount of time to rebuttals to closer to the prior schedule, in a way that leaves sufficient time for expert deps; and the third change is for the same purpose (while avoiding a Friday deadline for those deps, which I assume was your intent with that change).

Does this work for you? If so, we will incorporate into an updated motion and get back to you ASAP.

On Jan 8, 2026, at 12:32 PM, Phillip Cramer <pcramer@sperlingkenny.com> wrote:

Lauren –

Thanks for speaking with me yesterday afternoon and the proposal. I think we can reach agreement. We have tweaked some of the deadlines as we didn't understand the disparities in the expert extensions, but think we arrived at the same place in terms of the overall schedule. (And while I will never understand the desire to set deadlines on Fridays, I kept many of those that you proposed.) Please see the attached draft joint motion.

As I've relayed over the last couple days, we really need to be involved in the scheduling of these depositions. We don't want more Christmas Eve surprises or being excluded from the scheduling and scope discussions, as this really causes issues. So in conjunction with any resolution here, we need to know before filing any joint motion what is currently scheduled and what is left to be scheduled. For those that are left to be scheduled, please provide us with a description of the state of play and immediately bring us into any scheduling and scope discussions. For this reason, I've copied David, Eric, and John on this email.

With respect to the mediation date, you shared that you have folks who are going to be out the latter part of March. You may recall that we set the March 4 date to accommodate Spring Break schedules, which down in the South occur the weeks of March 8 and March 15. We are fine pushing out to April 9 if folks on your side are going to be out the latter half of March. However, we would appreciate a collective commitment to respecting family travel plans throughout March, including before the Court.

You will notice that the draft motion does double duty with respect to the SOR briefing. It addresses both your request for an extension as well as the substitution of documents to address Defendants' claw back of Exhibit 4. For this reason, I've copied both Hannah and Sam, who have been involved in that effort so they can review that portion of the motion to ensure it works based on the feedback from Sally yesterday. And just wanted to follow up on my request to please let us know how many new exhibits Defendants currently intend to file with their response. Thanks.

Happy to chat further but since I know time is of the essence, we worked last night and this morning to put all of this together.

Best,
Phil

---

**From:** Lauren Kennedy <lkennedy@cravath.com>
**Sent:** Wednesday, January 7, 2026 2:57 PM
**To:** Phillip Cramer <pcramer@sperlingkenny.com>
**Subject:** Schedule Updates

As discussed . . . .

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.
<2026.01.08 - Motion to Modify Schedule and Address Defendants' Clawback of Filed Exhibit.docx>

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.