FILED
2026 Aug-07 AM 08:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3

Outlook

## BCBS Expert Depositions

**From** Phillip Cramer <pcramer@sperlingkenny.com>
**Date** Thu 6/11/2026 11:12 AM
**To** dkorn@cravath.com <dkorn@cravath.com>

David –

Hope all is well. In advance of your expert reports on July 17, we would like y'all to check with your experts (and your own schedules) regarding your collectively availability the weeks of August 24 and August 31 for depositions. We are not asking you to disclose your experts now but rather to check with your experts now about their availability and then provide us their availability during those two weeks on July 17 with your expert reports. I know that expert depositions are among the most challenging to schedule and thus we wanted to start that process now so that folks' calendars don't fill up between now and July 17. If they are already filled up, then we would ask that you please let us know at least a couple dates afterwards in which they and y'all are available when you serve expert reports. Thanks.

Best,
Phil

SPERLING KENNY NACHWALTER

**Phillip F. Cramer**
Nashville Office | 312.224.1512
**sperlingkenny.com**

This message may contain confidential and privileged information. If you are not the intended recipient, please notify the sender and delete the message.