FILED
2026 Aug-07 AM 08:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

Outlook

## RE: BCBS Expert Depositions

**From** David Korn <dkorn@cravath.com>
**Date** Mon 6/15/2026 8:50 AM
**To** Phillip Cramer <pcramer@sperlingkenny.com>

Phil, good to hear from you. We are not available those weeks, but we will provide dates in September once the reports are served.

David H. Korn
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1478

---

**From:** Phillip Cramer <pcramer@sperlingkenny.com>
**Sent:** Thursday, June 11, 2026 12:13 PM
**To:** David Korn <dkorn@cravath.com>
**Subject:** BCBS Expert Depositions

David –

Hope all is well. In advance of your expert reports on July 17, we would like y'all to check with your experts (and your own schedules) regarding your collectively availability the weeks of August 24 and August 31 for depositions. We are not asking you to disclose your experts now but rather to check with your experts now about their availability and then provide us their availability during those two weeks on July 17 with your expert reports. I know that expert depositions are among the most challenging to schedule and thus we wanted to start that process now so that folks' calendars don't fill up between now and July 17. If they are already filled up, then we would ask that you please let us know at least a couple dates afterwards in which they and y'all are available when you serve expert reports. Thanks.

Best,
Phil

SPERLING
KENNY
NACHWALTER

**Phillip F. Cramer**
Nashville Office | 312.224.1512
sperlingkenny.com

This message may contain confidential and privileged information. If you are not the intended recipient, please notify the sender and delete the message.

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.