FILED
2026 Aug-07 AM 08:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5

Outlook

## BCBS ASO - Experts

**From** David Korn <dkorn@cravath.com>
**Date** Tue 7/21/2026 11:17 AM
**To** Phillip Cramer <pcramer@sperlingkenny.com>

Phil, I hope you have been well. After our service of reports on Friday, I wanted to circle back about expert depositions. Defendants' experts will be available for their depositions once all reports, including expert rebuttals, are served. We can discuss specific dates when we are closer to the December 14 close of expert discovery.

David H. Korn
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue, New York, NY 10001
T+1-212-474-1478

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.