FILED
2026 Aug-07 AM 08:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 9

FILED
2024 Jun-04 AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Alaska Air Group, Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:21-cv-01209-RDP** |
| **JetBlue Airways Corporation, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-00558-RDP** |
| **Bed Bath & Beyond Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-01256-RDP** |

**AMENDED SCHEDULING ORDER**

This matter is before the court on the parties' Joint Motion to Amend the Scheduling Order. (Case No. 2:21-cv-01209-RDP, Doc. # 441; Case No. 2:22-cv-00558-RDP, Doc. # 370; Case No. 2:22-cv-01256-RDP, Doc. # 351). For good cause shown, the Motion (Case No. 2:21-cv-01209-RDP, Doc. # 441; Case No. 2:22-cv-00558-RDP, Doc. # 370; Case No. 2:22-cv-01256-RDP, Doc. # 351) is **GRANTED**.

The Scheduling Order (Doc. # 262) is **AMENDED** as follows:

| Filings | Existing Date | New Date |
|---|---|---|
| Substantial Completion of Document and Data Productions | None | September 12, 2024 |
| Close of Fact Discovery | June 7, 2024 | December 19, 2024 |
| Plaintiff Expert Reports | August 8, 2024 | February 13, 2025 |
| Defendant Expert Reports | October 25, 2024 | April 24, 2025 |
| Plaintiff Expert Rebuttal/Reply Reports | December 20, 2024 | June 18, 2025 |
| Close of Expert Discovery | March 7, 2025 | August 13, 2025 |
| Daubert Motions to be Filed | April 9, 2025 | September 15, 2025 |
| Daubert Oppositions to be Filed | June 16, 2025 | November 21, 2025 |
| Daubert Replies to be Filed | July 16, 2025 | December 22, 2025 |
| Summary Judgment Opening Briefs to be Filed | April 16, 2025 | December 22, 2025 |
| Summary Judgment Oppositions to be Filed | July 16, 2025 | February 22, 2026 |
| Summary Judgment Replies to be Filed | August 27, 2025 | April 22, 2026 |

**DONE** and **ORDERED** this June 4, 2024.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE